NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD, ) | No. C 10-05706 JF (PR) |
| Petitioner, ) | ORDER OF TRANSFER |
| vs. ) | |
| LOS ANGELES COUNTY SUPERIOR COURT, ) | |
| Respondent. ) | (Docket Nos. 2, 3 & 5) |

Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction in the Los Angeles County Superior Court.

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. <u>See</u> Habeas L.R. 2254-3(a); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968); <u>cf.</u> <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Alford05706_transfer.wpd             1

1     Accordingly, this case is TRANSFERRED to the United States District Court for
2 the Western Division of the Central District of California.  See 28 U.S.C. §§ 84(c)(2),
3 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).  In view of the transfer, the Court will not
4 rule upon Petitioner's pending motions to proceed in forma pauperis, (Docket Nos. 2 &
5 5), and motion for change of venue, (Docket No. 3).

6     The Clerk shall terminate all pending motions and transfer the entire file to the
7 Western Division of the Central District of California.

8     IT IS SO ORDERED.
9 DATED: 4/15/11

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\HC.10\Alford05706_transfer.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,

        Petitioner,

  v.

SUPERIOR CT COUNTY OF LOS ANGELES,

        Respondent.

Case Number: CV10-05706 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/27/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Louis Alford 2305143
Los Angeles County Jail
441 Bauchet Street
Los Angeles, CA 90012

Dated: 4/27/11

                                            Richard W. Wieking, Clerk